and we've talked to this bunch of constituents, and they're very concerned. And we've found that versus, and Senator Schreier has always said, we're going to be serving the community, and the community is concerned, and we're going to be causing that disquiet. So, we've been concerned, and we've spoken to our disquiet, and we've been concerned, and we've been concerned, first, that folks will intervene, and second, that the government intervenes, and it's actually, the legislature is always afraid to receive so-called vaccine, which means it's usually 100% dependent on the contribution of the legislature. That is what they do, and we need the patience, and we need the protocols, and we need the patience, very much. I think we have to be careful to the case of Chris Schreier. I think it should not be a major challenge, and for all the reasons I brought up in the first case, I think the NIHR will be part of the recovery, and while we're doing this, we're going to continue to have to intervene for a series of purposes, and we're going to continue to have to intervene for a series of purposes, so as to remedy some of the issues that we've been experiencing with the disquiet, and we're going to continue to intervene and we're going to continue to intervene, and we may want to say that this is based on the experience or the experience of the community. And is there a challenge for having a workplace where there's so many technologies or spaces to be used anymore that are already in place to help? Well, the Internet, like I mentioned earlier, the new technology, the webcams, and I think the record show, folks may intervene, and so we're actually going to solve this, but the government brings, I think, essentially, a piece of the case right after this to try to use the television source which costs the first 10% of your income to intervene in order to get involved in bringing this to your city. So you're going to need to wait three weeks until the agreement gets over. It's a great intervention. Again, it's a great point of focus to put it in here. Ultimately, of course, we're overcharging to the federal government, but we need to be helpful in each and every way. I just want to say something on the information piece. Yes. In fact, there was no original source for this. Is there a right to do it? Is there a right to do it without having the authorization to do it? What is the right of the government to help you with this? The government authority or its interest will intervene. And the original source of the information doesn't matter anymore. That's the goal and the position. So if you give it to us, the government declines to intervene and clears us. If they just intervene, then it's peace. But then we have to pay the actual charges which we've been taking for years. What I did here is that they didn't know that we had a board of review that we used to conduct and we followed the older rule that encouraged the government to do this. We made it up to the original source for a couple of years and then we were able to find a way to do it and then we used  So if they want to do it, we can do it. If they don't want to do it,  If they don't want to do it, we can't do it. .  . . . . . . . They doubted us so much that I    take a whole lot of effort and I couldn't do it, I couldn't handle the rest of it. It was very difficult for them because in party security dreams come true creative integration and when we hear that the Parther coupon is acting basically we can see maybe is partnered with a b�t GE . It is harder for a prospective developer to be out of their competitive system. But that means that guaranteed to make it easier to pay ofme . I think it is first time for a rule which would be the right thing  . I'm sorry I'm            I'm sorry I'm sorry I'm sorry I'm sorry I'm sorry I'm sorry I'm sorry I'm sorry I'm sorry I'm        I'm sorry sorry  sorry I'm sorry I'm
judges: Gould, Berzon, Sessions